**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JESSE AUSTIN,<br><br>    Plaintiff,<br><br>        v.<br><br>CONELIUS FLUNORY, GUARANTEED EXPRESS INCORPORATED, RYDER SYSTEM, INC., and RYDER TRUCK RENTAL, INC.,<br><br>    Defendants. | CIVIL ACTION NO. 3:16-CV-01910<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 26th day of September, 2016, **IT IS HEREBY ORDERED** that Plaintiff is given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order.  If Plaintiff fails to do so, the action will be dismissed.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge